**SO ORDERED.**

**Dated: October 27, 2008**

*[signature]*
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**



PERRY & SHAPIRO, L.L.P.
3300 N. Central Avenue, #2200
Phoenix, Arizona 85012
(602) 222-5711
(602) 222-5701 Facsimile
(847) 627-8802 Facsimile
AZNotices@logs.com, e-mail
Christopher R. Perry, Bar #009801
Jason P. Sherman, Bar #019999
Attorney for MERS as nominee for Chase Home Finance LLC
[FILE 08-004997 CHE]

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>MEL STEVENS,<br>Debtor. | Case # 2:08-bk-12633-CGC<br>Chapter 7 Proceedings |
| MERS as nominee for Chase Home Finance LLC, its assignees and / or successors in interest,<br>Movant,<br>v.<br>MEL STEVENS, Debtor, and Chapter 7 Trustee S. William Manera,<br>Respondents. | **ORDER LIFTING THE AUTOMATIC STAY**<br><br>Re: Real Property located at<br>20825 West Wycliff Drive<br>Buckeye, AZ 85396 |

The court finds that a Motion for Relief From the Automatic Stay and a Notice of Filing of the Motion have been filed with the Court and served upon interested parties in the above captioned matter by MERS as nominee for Chase Home Finance LLC, ("CHASE"), and that good cause exists to grant the Motion for Relief;

**THEREFORE, IT IS ORDERED:**

1. CHASE, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement including the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 20825 West Wycliff Drive, Buckeye, AZ 85396 and legally described as:

> LOT 414, OF VERRADO PARCEL 4.804, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 741 OF MAPS, PAGE 7.

2. CHASE may begin or continue foreclosure proceedings following applicable law and / or enforce any contract or state law remedies it has against said real property.

3. Should Debtor fail to vacate the Property following foreclosure, CHASE may pursue any legal remedies in state court to remove the Debtor from the Property.

4. Unless and until otherwise ordered, the Automatic Stay imposed against CHASE shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
Charles G. Case, II
U. S. Bankruptcy Court Judge